UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | DISCIPLINARY |
| VICTOR ROY LORASO, III<br>ATTORNEY-RESPONDENT | NO. 19-9436 |
| LA BAR ROLL NO. 31239 | |

**NOTICE**

As provided in Rules 4.4 and 4.5 of the Rules of Lawyer Disciplinary Enforcement of this Court;

A copy of an order of the Louisiana State Supreme Court in disciplinary proceeding Louisiana Supreme Court Docket No. 2019-B-0444 has been received by this Court.

Please take notice that the Attorney-Respondent must file with the Clerk of Court a written response within 14 days of service of this Notice.

The Court will consider this complaint against you and may in due course impose appropriate discipline.

**WILLIAM W. BLEVINS, CLERK**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**Issued By:  Jay Susslin**
                **Deputy Clerk**
                **504-589-7689**