UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF

VICTOR ROY LORASO, III
ATTORNEY-RESPONDENT
LOUISIANA BAR ROLL NO. 31239

DISCIPLINARY CASE

NO. 19-9436

By majority vote of the Judges of this Court,

The Court proposes to impose the summary discipline of suspension from the practice of law before the United States District Court in the Eastern District of Louisiana on an interim basis effective immediately and that such discipline be imposed retroactively to the date of the suspension order of the Louisiana State Supreme Court upon Attorney-Respondent Victor Roy Loraso, III.

IT IS ORDERED that Attorney-Respondent Victor Roy Loraso, III, Louisiana Bar Roll Number 31239, show cause within 14 days why the summary discipline of suspension from the practice of law before the United States District Court in the Eastern District of Louisiana on an interim basis, effective immediately, should not be imposed.

The Clerk is directed to serve the Attorney-Respondent with a copy of this order and the state court's disciplinary order.

New Orleans, Louisiana, this 3 day of June, 2019.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA