UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF

VICTOR ROY LORASO, III
ATTORNEY-RESPONDENT
LOUISIANA BAR ROLL NO. 31239

DISCIPLINARY CASE

NO.   19-9436

## ORDER

IT IS ORDERED that Attorney Respondent Victor Roy Loraso, III, Louisiana Bar Roll Number 31239, is hereby suspended from the practice of law before the United States District Court in the Eastern District of Louisiana on an interim basis, effective immediately.

IT IS FURTHER ORDERED that this record will be made public by the clerk in accordance with Rule 10.1.2 of the Rules of Lawyer Disciplinary Enforcement.

New Orleans, Louisiana, this _21st_ day of June, 2019.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA