

**Supreme Court**
STATE OF LOUISIANA
New Orleans

CHIEF JUSTICE
   BERNETTE J. JOHNSON     Seventh District
JUSTICES
   GREG G. GUIDRY         First District
   SCOTT J. CRICHTON     Second District
   JAMES T. GENOVESE    Third District
   MARCUS R. CLARK      Fourth District
   JEFFERSON D. HUGHES III  Fifth District
   JOHN L. WEIMER        Sixth District

JOHN TARLTON OLIVIER
CLERK OF COURT

400 ROYAL STREET, SUITE 4200
NEW ORLEANS, LA  70130-8102

TELEPHONE (504) 310-2300
HOME PAGE http://www.lasc.org

June 20, 2019

Hon. Scott S. Harris
Clerk, U.S. Supreme Court
Office of the Clerk
1 First Street, NE
Washington, D.C. 20543

*EDLA  19-9436*

Re:       *In Re: Victor Roy Loraso, III*
            Louisiana Bar Roll no. 31239
            La. Supreme Court docket no. 2019-B-0688

Dear Mr. Harris:

Enclosed please find a copy of the decision rendered by this Court in the above-entitled matter, which is self-explanatory. The case became final in this Court on **June 17, 2019.**

With kindest regards, I remain,

Very truly yours,

John Tarlton Olivier
Clerk of Court

By:      Theresa McCarthy
         Deputy Clerk

TM:pal
Enclosure
ccs:    Hon. Lyle W. Cayce, Clerk,
        U.S. Court of Appeals, Fifth Circuit
        Hon. William W. Blevins, USDC, Eastern District
        Hon. Michael McConnell, Clerk, USDC, Middle District
        Hon. Tony R. Moore, USDC, Western Dist.
        Charles B. Plattsmier, Disciplinary Counsel
        Michelle LaRose, Director of Finance, LSBA
        Donna Roberts, Administrator, Disciplinary Board
        U.S. Surface Transportation Board
        Regional Director, IRS
        Sandra Vujnovich, Judicial Administrator
        Scott T. Morris, Off. of General Counsel, Social Security Administration
        Cynthia Cotton, Notarial Division, Secretary of State Office
        Sheral Kellar, Asst. Secretary, Off. of Wrkrs. Comp. Admin.

Hon. Rodd Naquin
Clerk, 1st Circuit Ct. Of Appeal
Hon. Lillian Evans Richie
Clerk, 2nd Circuit Ct. Of Appeal
Hon. Renee Simien
Clerk, 3rd Circuit Ct. Of Appeal
Hon. Justin I. Woods
Clerk, 4th Circuit Ct. Of Appeal
Hon. Cheryl Q. Landrieu
Clerk, 5th Circuit Ct. Of Appeal

TENDERED FOR FILING

JUN 24 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# The Supreme Court of the State of Louisiana

**IN RE: VICTOR ROY LORASO, III**

NO.   2019-B-0688

— — — — —

IN RE:  Disciplinary Counsel; Victor Roy Loraso, III; - Other(s); Applying For Joint Petition for Consent Discipline Pursuant to Rule XIX, Sec. 20.

— — — — —

**June 17, 2019**

Joint petition for consent discipline accepted. See per curiam.

MRC

BJJ

JLW

GGG

JDH

SJC

JTG

Supreme Court of Louisiana
June 17, 2019

**Second Deputy** Clerk of Court
For the Court

SUPREME COURT OF LOUISIANA

NO. 2019-B-0688

IN RE: VICTOR ROY LORASO, III

ATTORNEY DISCIPLINARY PROCEEDINGS

PER CURIAM

Respondent was convicted of possession and distribution of child pornography. Prior to the filing of formal charges, respondent and the Office of Disciplinary Counsel submitted a joint petition for consent discipline. The parties stipulate to respondent's misconduct, and seek his permanent disbarment from the practice of law.

Based on our review of the petition, we agree that permanent disbarment is the appropriate sanction in this matter. Accordingly, having reviewed the petition,

IT IS ORDERED that the Petition for Consent Discipline be accepted. The name of Victor Roy Loraso, III, Louisiana Bar Roll number 31239, shall be stricken from the roll of attorneys and his license to practice law in the State of Louisiana shall be revoked. Pursuant to Supreme Court Rule XIX, § 24(A), it is further ordered that respondent be permanently prohibited from being readmitted to the practice of law in this state.

IT IS FURTHER ORDERED that all costs and expenses in the matter are assessed against respondent in accordance with Supreme Court Rule XIX, § 10.1, with legal interest to commence thirty days from the date of finality of this court's judgment until paid.